IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KURIAKOSE T. JOSEPH | : | CIVIL ACTION |
| | : | NO. 06-4916 |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF ENVIRONMENTAL | : | |
| PROTECTION | : | |

## ORDER

AND NOW, this   15th   day of April 2009, upon consideration of defendant's motion to dismiss and plaintiff's response thereto, it is hereby ORDERED that defendant's motion to dismiss is DENIED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.