IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KURIAKOSE T. JOSEPH | : | CIVIL ACTION |
|---|---|---|
|  | : | NO. 06-4916 |
| v. | : |  |
|  | : |  |
| COMMONWEALTH OF PENNSYLVANIA, | : |  |
| DEPARTMENT OF ENVIRONMENTAL | : |  |
| PROTECTION | : |  |

## ORDER

AND NOW, this 16th day of November 2009, upon consideration of defendant's motion for summary judgment, plaintiff's response in opposition, defendant's reply and plaintiff's sur-reply it is hereby ORDERED that defendant's motion is GRANTED. Judgment is hereby entered against plaintiff Kuriakose T. Joseph and in favor of defendant Commonwealth of Pennsylvania, Department of Environmental Protection.

    /s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.